AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __PENNSYLVANIA__

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| V. | |
| THEODOROS KYRIAKOPOULOS | Case 3:CR-12-253 |
| _Defendant_ | |

Upon motion of the __Government__, it is ORDERED that a detention hearing is set __Friday, Oct. 19, 2012__ * at __3:00 p.m.__
                                    _Date_                                              _Time_

before __HON. MALACHY E. MANNION, U.S. MAGISTRATE JUDGE__
                         _Name of Judicial Officer_

__COURTROOM # 1, WILKES-BARRE__
        _Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____ ) and produced for the
  _Other Custodial Official_

Date: __10/16/2012__         _[signature]_
                                                      _Judicial Officer_

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.