IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : 3:CR-12-253 |
| vs. | : |
| THEODOROS KYRIAKOPOULOS, | : |
| DEFENDANT | : **Electronically filed** |

_____

## PRAECIPE FOR APPEARANCE

**AND NOW** comes the Defendant, Theodoros Kyriakopoulos, by and through his attorney, Joseph R. D'Andrea, Esquire, and files this Praecipe for Appearance and avers as follows:

1. The Defendant was indicted on October 3, 2012 with Conspiracy to Commit Arson and Mail Fraud; Use of Fire to Commit Federal Felony; Arson and Mail Fraud;

2. The Defendant was previously represented by the Court-appointed Assistant Federal Public Defender, Hervery B. O. Young, Esquire, of Scranton, Pennsylvania;

3. The Defendant has since engaged the services of private counsel, Joseph R. D'Andrea, Esquire of Dunmore, Pennsylvania;

WHEREFORE, the Defendant, Theodoros Kyriakopoulos, respectfully requests this Honorable Court to issue an Order permitting Joseph R. D'Andrea,

Esquire to appear for the Defendant and permit Hervery B. O. Young, Esquire to withdraw as counsel of record.

                                                Respectfully submitted,

Date: 14 November, 2012          s/Joseph R. D'Andrea
                                                **Joseph R. D'Andrea, Esquire**
                                                **Attorney ID# PA 43105**
                                               320 North Blakely Street
                                               Dunmore, PA 18512
                                               (570) 207-7113
                                               Fax: (570) 207-7103
                                               E-mail: jrdandrea@epix.net

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : 3:CR-12-253 |
| vs. | : |
| THEODOROS KYRIAKOPOULOS, | : |
| DEFENDANT | : **Electronically filed** |

_____

## CERTIFICATE OF SERVICE

I, Joseph R. D'Andrea, Esquire, do hereby certify that I electronically served, via e-mail, a copy of the foregoing **Praecipe for Appearance**, to the following:

> Meredith A. Taylor, Esq.
> United States Attorney's Office
> 228 Walnut Street, Suite 200
> Harrisburg, PA 17108
> E-Mail Address: meredith.taylor@usdoj.gov

Dated: 14 November 2012     s/Joseph R. D'Andrea
                            **Joseph R. D'Andrea, Esquire**