IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　v.　　　　　　　　　　　　　　　　　:　　Criminal Action No. 12-CR-0253
　　　　　　　　　　　　　　　　　　　　　　　　:
Decker/Kyriakopoulos　　　　　　　　　　　:
DEFENDANT(S)

VICTIM DISCLOSURE STATEMENT PURSUANT TO Fed. R. Cr. P. 12.4(a)(2)

Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, __Mutual Benefit Insurance Company__, who has been identified as an organizational victim in the above-captioned case, makes the following disclosure:

1. The victim is a non-governmental corporate entity.

　　　yes

2. List below any parent corporation or state that there is no such corporation:

　　　Mutual Benefit Group

3. List below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

　　　N/A

The undersigned understands that under Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Signature

Date: 2/26/2013