IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:CR-12-0253 |
| v. | : | |
| | : | (JUDGE CAPUTO) |
| THEODOROS KYRIAKOPOULOS and DONALD DECKER, | : | |
| Defendants. | : | |

## ORDER

The Government moves for a brief adjournment of the trial in this case scheduled to begin on September 29, 2014, and recites as the basis therefor that plea negotiations are ongoing, but the parties have not reached a final resolution. Defendants concur in the motion.

The Court, for the reasons advanced by the Government, finds that the ends of justice will served by affording the parties a brief adjournment of trial. The Court further finds that such an extension outweighs the best interests of the public and the defendant in a speedy trial, and that the appropriate time should be excluded under the Speedy Trial Act.

THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. Government's Motion for Postponement of Jury Selection and Trial (Doc. 62) is **GRANTED**;

2. Trial is scheduled to commence with the selection of a jury on **MONDAY, JANUARY 5, 2015 at 9:30 a.m.** in Courtroom #3, Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania;

3. The Clerk of Court shall exclude the appropriate time in the above captioned action pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), and this Order.

Date: September 29, 2014

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge