UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3: 12-CR-253 |
| v. | : | (JUDGE CAPUTO) |
| THEODOROS KYRIAKOPOULOS, Defendant | : | |

MOTION TO WITHDRAW PLEA

NOW, this 23rd day of January, 2015, Theodoros Kyriakopoulos, the defendant in the above-captioned matter, after consultation and assistance of his counsel, moves the Court to be permitted to withdraw his plea of not guilty and to enter a plea of guilty to Count 4 of the Indictment.

_____
THEODOROS KRIAKOPOULOS
Defendant

ORDER

NOW, this 23rd day of January, 2015, the foregoing Motion To Withdraw Plea is granted.

_____
A. RICHARD CAPUTO
United States District Judge

PLEA

NOW, this 23rd day of January, 2015, the above named Defendant withdraws his plea of not guilty and pleads guilty to Count 4 of the Indictment in the above-captioned matter.

_____
THEODOROS KRIAKOPOULOS
Defendant